IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**MOISES SANCHEZ-LLAMAS**,

    Petitioner,

    v.

**BRIAN BELLEQUE**,

    Respondent.

**Civ. No. 6:11-cv-01310-TC**

**JUDGMENT**

_____

**MCSHANE, Judge**:

This action is dismissed.

IT IS SO ORDERED.

DATED this 30th day of May, 2014.

        _____s/Michael J. McShane_____
        **Michael J. McShane**
        **United States District Judge**

1 – JUDGMENT